UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA GOSSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV424-278 |
| WELLSTAR MCG HEALTH, et al., | ) ) ) |
| Defendants. | ) ) |

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Melissa S. Renza, Esq. the undersigned counsel, hereby files this Response to the Court's Order on April 18, 2025, files this Response to Order to Show Cause, and in support states as follows:

1. Two weeks after the inception of the undersigned's employment with the Lento Law Group, the undersigned was informed that this matter, which was assigned to another attorney within Lento Law Group, was quickly approaching its Statute of Limitations. Lento Law Group advised that they were pending association with local counsel to handle the matter, and knowing the undersigned is admitted to practice within the Southern District of Georgia, Lento Law Group asked for assistance in filing a complaint.

2. On December 12, 2024, the undersigned filed the Complaint on behalf of the Plaintiff as an employee of Lento Law Group. Doc 1. Subsequently, the undersigned advised Lento Law Group that the Complaint was filed, and the Summons would need to be served upon each

1

Defendant as quickly as possible. It is Lento Law Group's protocol that a specific legal assistant handles service requests.

3. Unfortunately, this matter was never reassigned to the undersigned within Lento Law Group's case management software. As a result, the Plaintiff and the undersigned have never had any contact. Since the case was not on the undersigned's list of matters, it inadvertently and regrettably fell to the wayside.

4. January 10, 2025, was the undersigned's last day as an employee of Lento Law Group. As a remote employee, the undersigned had sent an email advising of her final date of employment to Lento Law Group and inquired how they wished for her to handle the transition of the matters assigned to her.

5. Lento Law Group has steadfastly refused to respond to or acknowledge any of the undersigned's communication attempts from January 6, 2025, until April 18, 2025.

6. The undersigned was employed with Lento Law Group for seven weeks and has yet to be paid for over half of that time.

7. The undersigned is the sole financial provider for her family. Additionally, she used her savings to take time off work after the loss of her son in late 2024. Thus, she lacks the financial means to prosecute this matter on her own.

8. The undersigned is currently employed in South Florida at Rubenstein Law, where she handles pre-suit personal injury matters. The undersigned's contract with her current employer forbids outside work on any legal matters.

9. Admittedly, the undersigned inadvertently failed to keep her contact information with the Clerk up to date. She has submitted her updated email and mailing address to the Court. This was human error as there were significant personal matters that needed attending to at the time.

10. On April 18, 2025, the undersigned received the Order filed April 18, 2025, Doc. 4 and 5, via email to the undersigned's current work email, mrenza@rubsenstienlaw.com.

11. The undersigned immediately forwarded the Order, *Id.* to Lento Law Group and was advised that they would be associating with counsel to substitute into the case and take over the matter.

12. On April 24, 2025, the undersigned followed up with Lento Law Group, inquiring about the status of associating new counsel. Lento Law Group advised that they are in talks with an attorney who is interested in taking this case over.

13. The undersigned has no access to Lento Law Group's file concerning this matter.

14. Plaintiff has not retained the undersigned.

15. Plaintiff remains a client of Lento Law Group.

16. The undersigned no longer has authority to continue representing the Plaintiff.

17. The undersigned wishes to terminate her appearance and withdraw, as the Plaintiff is a client of Lento Law Group and not that of the undersigned.

18. The undersigned does not have Plaintiff's contact information and is not able to abide by LR 38.7 to properly withdraw as attorney of record. S.D. Ga. L. Civ. R. 38.7. (Attorneys representing parties in any case, desiring to have their names stricken of record, shall so request one of the District Judges of this Court, in writing and in duplicate, through the Clerk of this Court, and shall disclose that such attorney has given due notice to [her] client of [her] intention to withdraw from the case, and shall specify the manner of such notice to the client, attaching copy of the notice. Such notice to the client shall be given at least fourteen (14) days prior to the request to the Court.)

19. Defendants would not be prejudiced by maintaining this action by providing the Plaintiff thirty days to have local counsel for Lento Law Group to enter an appearance.

20. Defendants would not be prejudiced by this Court granting an extension of time to serve the Defendants.

21. This response to the Court's order is made for the reasons stated herein, not intending to hinder or delay these proceedings.

22. Maintaining and proceeding with this action will serve the overall interest of justice.

23. The undersigned is committed to following all the rules and regulations set forth by the Georgia Bar and those of this local Court.

24. The undersigned has shown good cause as to why she should not be subject to disciplinary proceedings.

25. The undersigned has shown good cause for the requested relief to be granted.

WHEREFORE, the undersigned respectfully requests that this Court not subject her to disciplinary proceedings, not dismiss this case and allow an additional 30 days from this date, in order for Plaintiff and Lento Law Group to find counsel admitted in this district and enter an appearance together, and 90 days from this date to serve the Defendants, along with any and other such relief as to which this Court deems and appropriate.

Respectfully submitted,

*/s/ Melissa S. Renza, Esq.*
Melissa S. Renza
GA Bar No.: 278129
Rubenstein Law
9130 S Dadeland Blvd, PH
Miami, FL 33156
Tel: 561273-7020
Email: mrenza@rubsensteinlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Melissa S. Renza

## SERVICE LIST

Joseph Lento
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
Via US Mail

Lento Law Group o/b/o Jessica Goose
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
Via US Mail