| | | |
|---|---|---|
| JESSICA GOSSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-278 |
| | ) | |
| WELLSTAR MCG HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE</u>

COMES NOW, Melissa S. Renza, Esq. the undersigned counsel, hereby files this Notice in Response to the Court's Order on April 29, 2025, and states as follows:

1. The undersigned is unsure who at Lento Law Group has contact with Plaintiff, Jessica Gosse.

2. At the time of the undersigned's employment at Lento Law Group, Ms. Gosse's case was assigned to Mr. Kyle Adams within the firm's case management software. It is unknown to the undersigned to whom Ms. Gosse's case is currently assigned to at Lento Law Group.

3. The undersigned has been in contact with Mr. John Groff regarding the possibility of new counsel. Mr. John Groff is Lento Law Group's office administrator.

4. On April 30, 2025, the undersigned received an email from Ms. Courtney Hinke at Lento Law Group that consisted of Ms. Gosse's contact information. Ms. Gosse's contact information is as follows:

> Jessica Gosse
> 5 Dans Loop
> Torbay, NL, Canada
> A1K 0L4

Tel: 709-689-4468

Email: jessicagosse10@gmail.com

5. On May 1, 2025, and May 4, 2025, the undersigned reached out to Ms. Gosse via telephone and email, respectively.

6. On May 5, 2025, the undersigned received an email response from Ms. Gosse and is working to schedule a phone conference with Ms. Gosse to discuss the status of the case and counsel assigned.

Respectfully submitted,

*/s/ Melissa S. Renza, Esq.*
Melissa S. Renza
GA Bar No.: 278129
Rubenstein Law
9130 S Dadeland Blvd, PH
Miami, FL 33156
Tel: 561-273-7020
Email: mrenza@rubsensteinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Melissa S. Renza</u>

## **SERVICE LIST**

Lento Law Group
1814 East Route 70, Suite 321
Cherry Hill, New Jersey 08003
notices@lentolawgroup.com