# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

## CLERK'S MINUTES

**CASE NO.:  4:24cv278**

**Jessica Gosse**

**v.**

**Wellstar MCG Health, et al**

**DATE:  May 14, 2025**

**TIME:  3:02-3:50 p.m.**

**LOCATION:    Savannah - VTC**

**Judge:**  Christopher L. Ray, US Magistrate

Judge **Court Reporter:** FTR-SAV-CR2

**Courtroom Deputy:**  Molly Davenport

**Law Clerk:**  Kate Smith

**Security:**

**Attorney(s) for Plaintiff:**    Melissa Renza

**Attorney(s) for Defendant:**

**PROCEEDINGS:        STATUS CONFERENCE**

**COMMENTS/RULINGS:**

Plaintiff, Jessica Gosse, also appeared.

Discussion was held regarding the status of this lawsuit and the plaintiff's communication with the Lento Law Group, P.C.