# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JESSICA GOSSE,                        )
                                      )
                Plaintiff,            )
                                      )
v.                                    )                CV424-278
                                      )
WELLSTAR MCG HEALTH, *et al.*,        )
                                      )
                Defendants.           )

## ORDER

The Court, in its review of this case, identified that it was in a "troubling posture" through what appears to be a failure to act by the Plaintiff's lawyers. *See, e.g.*, doc. 7. This Court has statutory authority to "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). Courts, albeit none in this Circuit, have recognized that that authority may be invoked "at any point in the litigation and may be made by the district court *sua sponte*." *Tabron v. Grace*, 6 F.3d 147, 156 (3d Cir. 1993). Courts have also invoked that statutory authority for limited and specified purposes. *See, e.g., Nance v. Danley*, 2021 WL 2592931, at *4 (D.N.J. June 23, 2021). The Court exercises that authority here.

1

The Court has requested that Jeffrey R. Harris of the law firm Harris Lowry Manton LLP in Savannah, Georgia, represent the Plaintiff, Jessica Gosse, *pro bono*, and subject to reaching an agreement with Dr. Gosse concerning the scope of that representation.  Mr. Harris has graciously accepted the Court's request (subject to the need to verify that there are no conflicts of interest).  Accordingly, Mr. Harris is **DIRECTED** to contact Dr. Gosse within seven days of the date of this Order.[1]  Dr. Gosse is advised that the Court's request, and Mr. Harris' acceptance of it, does not require Mr. Harris to accept representation for any or all purposes in this case.  *See* Ga. R. Prof. Conduct 1.2(c) ("A lawyer may limit the scope and objectives of the representation if the limitation is reasonable under the circumstances and the client gives informed consent."); *cf. Nance*, 2021 WL 2592931, at *4.  No later than 14 days from the date of this Order, Mr. Harris is **DIRECTED** to either enter his appearance in this case or file a notice informing the Court that he and Dr. Gosse were unable to reach an agreement concerning the representation.  This case is **STAYED** pending Mr. Harris' appearance

---

[1] Her address is 5 Dans Loop, Torbay, NL, Canada A1K 0L4.  Her telephone number is 709-689-4468, and her email address is jessicagosse10@gmail.com.  *See* doc. 8 at 1-2.

2

or the filing of the notice described above.  Should Mr. Harris enter an appearance in this case, Ms. Renza is free to renew her request to withdraw as counsel for the Plaintiff.  *See* doc. 7 at 4.

The Clerk is **DIRECTED** to email a copy of this Order to Mr. Harris at jeff@hlmlawfirm.com and to Dr. Gosse at jessicagosse10@gmail.com.

**SO ORDERED,** this 23rd day of June, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA