# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

JESSICA GOSSE, )
)
    Plaintiff, )
)
v. )        CV424-278
)
WELLSTAR MCG HEALTH, et al., )
)
    Defendants. )

## MOTION TO WITHDRAW

COMES NOW, Melissa S. Renza, attorney of record for Plaintiff, Jessica Gosse, in this matter, and files this Motion to Withdraw as Counsel.

1. The undersigned has given Plaintiff, Jessica Gosse, due notice of her intent to withdraw as counsel via email dated July 30, 2025. (Attached hereto as Exhibit "A").

2. The undersigned's notice to Plaintiff, Jessica Gosse, was at least fourteen (14) days ago, in accordance with S.D. Ga L. Civ. R. 83.7.

3. Plaintiff, Jessica Gosse, has no objection to the undersigned's Motion to Withdraw as her counsel.

4. Plaintiff, Jessica Gosse, has retained new counsel to represent her in this matter.

1

WHEREFORE, the undersigned, Melissa S. Renza, respectfully requests that an Order be entered by this Court, permitting her to withdraw as attorney of record for Plaintiff, Jessica Gosse.

Respectfully submitted,

*/s/ Melissa S. Renza, Esq.*
Melissa S. Renza
GA Bar No.: 278129
Rubenstein Law
9130 S Dadeland Blvd, PH
Miami, FL 33156
Tel: 561-273-7020
Email: mrenza@rubsensteinlaw.com

# Exhibit "A"

 **Gmail**

**Melissa Renza <schefe.melissa@gmail.com>**

## Case 4:24-cv-00278-RSB-CLR Gosse v. Wellstar MCG Health et al
1 message

**Melissa Renza** <schefe.melissa@gmail.com>                      Wed, Jul 30, 2025 at 6:42 AM
To: jessicagosse10 <jessicagosse10@gmail.com>

Good morning, Dr. Gosse:

As we have discussed, I will be withdrawing as your counsel on the above-referenced, styled case.

I will be filing my request to withdraw with the Court in 14 days from this correspondence.

Of course, if you have any questions or concerns, I am a phone call or text message away.

I wish you the best in all of your future endeavors.

Best,

Melissa S. Renza, Esq.
561-635-1499

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Melissa S. Renza

## SERVICE LIST

**Cole Foley Donahue**
Harris Lowry Manton LLP
1418 Dresden Drive, NE
Ste Unit 250
Brookhaven, GA 30319
760-219-7143
Email: cdonahue@callahanfusco.com
*ATTORNEY FOR PLAINTIFF*

**Jeffrey R. Harris**
Harris Lowry Manton LLP
410 E. Broughton Street
Savannah, GA 31401
912-651-9967
Fax: 912-651-1276
Email: jeff@hlmlawfirm.com
*ATTORNEY FOR PLAINTIFF*