# Exhibit A



**Lento Law Group, Inc**.
7047 East Greenway Parkway, Suite 250
Scottsdale, AZ 85254
(602) 960-9400 (T)
(707) 215-3600 (F)

Jessica Gosse
5 Dans Loop Torbay,
NL A1K0L4

### RE:     ENGAGEMENT LETTER

Dear Jessica,

Pursuant to our prior communications, Lento Law has agreed to represent you ("Client") in connection with your present employment matter as detailed below.

Although the Lento Law Firm and Lento Law Group do not wish to be overly formal in our relations with clients, we have found it helpful to confirm with clients, in writing, the nature and terms of our engagement. Accordingly, this letter sets forth the terms and scope of our engagement, our practices and policies, and other important terms of our engagement. The engagement and our work will begin when we begin working on this matter regardless of when this letter is signed and returned.

As the Lento Law Group is allocating resources to a client's case and is foregoing other available opportunities, the Lento Law Group requires a non-refundable fee to proceed with representation. The fee is not a retainer, nor is it refundable. Per our standard practice, **a reduced nonrefundable fee of $15,000.00** will go towards the attorney fees which must be paid in consideration of the representation. This fee is exclusively for <u>representation of Client,s employment matter.</u>

**Per agreement, this $15,000.00 non-refundable fee shall be paid as follows:**
- $7,500.00 fully earned, due, and payable upon the signing of this Agreement for the Firm to begin work on Client's behalf;
- $1,250.00 due one month from the date of the signing of this Agreement, and each month thereafter until the balance is paid in full.

Further, Client expressly understands and agrees that this fee is fully earned, due, and payable, at the time of signing this agreement. Please note that it is a client's responsibility to make timely payments regarding any fee and/or balance, and it is a client's responsibility to make timely arrangements that any fee be paid and/or balance be satisfied. Client further expressly understands and

Doc ID: 9d1cec0eb2ecdc125b6076cdc0d9fc81c440df06

agrees that the fees and costs associated with filings, service of process, and related expenses are to be paid by Client.

Notwithstanding anything to the contrary, you understand and agree that the amount of the fee is not an estimate of our fees required for this matter. A client is responsible for all legal fees, costs, and expenses in excess of the funds provided as the fee. The fee will not be kept in a separate escrow, attorney trust, and/or IOLTA account, and will be kept in the business operating account of the Firm and/or other account at the Firm's discretion.

The payment of the fee allows us to proceed on a client's behalf. Because you are not being billed on a traditional hourly basis, the compensation for legal services in this matter will be on a $350.00 hourly basis billed off of the **$15,000.00** fee only if the time and work involved in this matter from the start of our representation goes beyond the allotted time per the fee paid (approximately 42.8 **hours**) and the Firm invokes hourly billing (which would be calculated from the start of the engagement). If the time and work involved in this matter does not go beyond the fee paid or if the Firm does not invoke hourly billing, no hourly billing will take place and the fee remains due in full. A client will be provided with an accounting of time upon reasonable request only if hourly billing is invoked by the Firm.

The client agrees and understands that the fee is earned upon receipt and nonrefundable ("the charged fee"); the charged fee will cover the entire scope of work detailed in the fee agreement; the client agrees and understands that the Firm will not deposit the charged fee into an attorney IOLTA or other trust account; the client agrees and understands that the lawyer will deposit the charged fee upon receipt into his operating or business account or other account as determined by the Firm (but not an IOLTA or other trust account); and the client agrees and understands that the Firm will not bill against the charged fee since it is earned upon receipt, unless: 1) the time allotted is exhausted; 2) and hourly billing is invoked by the Firm; and 3) the Firm is to work beyond the hours allotted (above).

Per standard practice, our compensation and fees for this representation are not contingent or dependent on the outcome of this matter and/or process involved. The time devoted to a client's matter may include, but is not limited to, the following: preparing documents, legal research, correspondence, negotiations, meetings, telephone and conference calls, emails, text messages, discussions with a client and other applicable parties, travel time, court appearances, and any other applicable time and work in connection with the matter.

In addition to the hourly charges, if applicable, a client will also be responsible for all costs and expenses incurred by us in connection with this engagement. Performance of legal services may involve costs and expenses that you will either pay directly or for which you will reimburse us upon request. In the normal course of our work, we incur and may pay or bill you for these expense items. By way of example only, expense items will include costs of couriers, filing fees, obtaining records and documents, postage and overnight delivery costs, costs for legal research, travel expenses as applicable, and all other out-of-pocket expenses reasonably necessary in connection with a given matter.

Per standard practice, if the fee is exhausted (if applicable) and the Firm invokes hourly billing, you will be notified. For the Lento Law Group to continue forward at that time, an additional fee would

Doc ID: 9d1cec0eb2ecdc125b6076cdc0d9fc81c440df06

be required. In the event that an additional fee is not paid and/or should client opt not to incur additional fees at that time, the Lento Law Firm's representation of client will conclude, and this letter authorizes the Lento Law Firm to discontinue representation and/or to withdraw from the matter.

As referenced in part above, per office policy, a fee allows our representation for a given matter per the terms of the engagement, and by being engaged for a given matter, we are forgoing other available opportunities – accordingly in part, any and all fees related to this matter, fully earned upon receipt, are non-refundable and will not be reduced if the matter is disposed of in an alternative manner.

The Lento Law Firm and/or Lento Law Group collective team et al, which includes attorneys and non-attorney professionals, will be following up on your behalf as discussed and will be serving as your attorney and/advisor, depending on the nature of the case and/or the process involved, per the present engagement. During the initial team review after engagement and/or at an applicable point in time as determined by the Firm, the team will determine as to which advisor or attorney will work with a client and we will follow up accordingly with a client regarding the assigned point of contact who will be taking the role of lead on your case and to whom communications moving forward should be directed (in addition to our Intake@LentoLawGroup.com email in which this engagement letter was attached).

Per office policy, the standard considerations apply as applicable and as determined by the Firm: "Firm" and/or its equivalent in this document refers to the Lento Law Firm and the Lento Law Group as your matter will be a collaborative effort at the Firm's discretion; the engagement fee allows the Firm's representation for a given matter per the terms of the engagement, and by being engaged for a given matter, the Firm is forgoing other available opportunities – accordingly, any and all fees related to this matter, earned upon receipt, are non-refundable and will not be reduced if the matter is disposed of in an alternative manner; any and all fees related to this matter will be deposited in the business operating account of the Firm (or an applicable alternative as designated by the Firm) and not the IOLTA account; any and all fees may be shared up to the amount of the full fee between the Lento Law Firm and the Lento Law Group; the Firm may, at the its discretion, associate with any other attorney in the representation of the client whether said attorney is or is not affiliated with the Firm; if association occurs, any and all fees may be shared up to the amount of the full fee between the Firm and associated attorney / associated Firm; the specific terms of representation are subject to change based upon how a client's case proceeds; reasonable efforts in a given case will be determined by the Firm; you agree that the Firm can communicate with applicable third parties (including involved family members) about your matter as reasonably determined by the Firm; additional fees may be required depending on how a client's case proceeds; potential additional fees that may be required (if applicable) will be determined at the discretion of the Firm should a client's matter go beyond the intended scope of the engagement – should this occurrence arise, a client will not be required to pay additional fees in advance of a client being notified and electing to continue past the scope of the originally intended engagement; costs not referenced above related to our serving as the advisor of a client, including, but not limited to the issue of travel, obtaining expert reports, pursing potential litigation, and so forth, are not included in this fee, and must be paid by the client; as applicable, our work on a client's behalf is as the client's advisor under school policy and is not the practice of law unless admitted pro hac vice; the Firm does not

Doc ID: 9d1cec0eb2ecdc125b6076cdc0d9fc81c440df06

guarantee an outcome in a case; the Firm will determine case strategy, appropriate steps forward, including allocation of in-house and external resources and personnel available to the Firm (which will entail a collaborative effort with Lento Law Group team members), reasonable efforts, and the conclusion to representation per this engagement; representation may exclusively be done in a virtual / remote capacity at the Firm's discretion; for education and/or school cases, the present engagement exclusively covers the school process, and for example, does not include our involvement with outside agencies and/or parties; as the responsiveness of other involved parties in a client's matter (for example, opposing counsel; applicable courts and/or governmental agencies; school personnel, a school's Office of General Counsel, and so forth) is outside our control, we cannot guarantee the process and/or any timeframes that may be involved with trying to resolve a client's matter; any possible dispute related to this matter / this engagement will be solely governed in accordance with New Jersey law and New Jersey fee arbitration.

The Firm's work may need to be terminated at any time if any material term of this agreement is breached by the client and/or other concerned parties, if the client and/or other concerned parties fail to cooperate or follow the Firm's advice on a material matter, if a conflict of interest develops or is discovered, or if there exists at any time any fact or circumstance that would, in the Firm's professional opinion, render the Firm's continuing services unlawful, unethical, or otherwise inappropriate.

The Firm appreciate the burdens that can be involved with such matters, and we will always endeavor to respond to your reasonable questions and concerns as soon as reasonably possible. As attorneys and advisors, please understand that we have various obligations and demands over the course of a given day or week. Please also understand that we will determine a reasonable timeframe to respond to reasonable questions and concerns you may have. To help with ease of communication and allocation of time and resources, please note that emailing or calling once will generally be sufficient for us to provide a response in as timely as manner as necessary.

Although the Firm welcomes reasonable questions or concerns as necessary through the course of representation, respectfully, if the Firm deems at its discretion that you are excessively and/or unreasonably contacting and/or communicating with the Firm, all contact and/or communications from the start of the engagement will be billed at $350 an hour above and beyond the total fee paid to date. This will include all emails, phone calls, and/or any other method of contact and/or communication. As such, we caution you to be mindful of excessive and/or unreasonable communications with the Firm. As noted above, to help with ease of communication and allocation of time and resources, please note that emailing or calling once will generally be sufficient for us to provide a response in as timely as manner as necessary as determined by the Firm.

Until this matter is completed, the client and other concerned parties are expected to not discuss matters relating to this matter with anyone without obtaining the Firm's consent in advance.

We look forward to working together in an effort to resolve the concerns.

Doc ID: 9d1cec0eb2ecdc125b6076cdc0d9fc81c440df06

Dated: <u>May 30th, 2024</u>

Sincerely,

<u>/s/ *Lento  Law*</u>

Lento Law

 

I have read this letter and agree and consent to the terms, including that the **$15,000.00** fee is earned upon receipt and non-refundable.  Furthermore, I grant and give my informed consent after Lento Law proposed the course of conduct, has communicated adequate information, including information regarding potential conflicts of interest, and has explained all material risks of and reasonable available alternatives to the proposed course of conduct.

*Jessica Gosse*

---

JESSICA GOSSE
Client

05 / 31 / 2024

---

DATE

 

Address:  5 Dans Loop Torbay, NL A1K0L4
Phone: 709-689-4468
Email: jessicagosse10@gmail.com

Doc ID: 9d1cec0eb2ecdc125b6076cdc0d9fc81c440df06

 
| | |
|---|---|
| **Title** | JESSICA GOSSE.pdf |
| **File name** | JESSICA%20GOSSE.pdf |
| **Document ID** | 9d1cec0eb2ecdc125b6076cdc0d9fc81c440df06 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
|  SENT | **05 / 31 / 2024** 21:17:53 UTC | Sent for signature to Jessica Gosse (jessicagosse10@gmail.com) from esargent@lentolawgroup.com IP: 71.168.222.19 |
| ⊙ VIEWED | **05 / 31 / 2024** 21:18:00 UTC | Viewed by Jessica Gosse (jessicagosse10@gmail.com) IP: 99.192.11.21 |
| ⤸ SIGNED | **05 / 31 / 2024** 21:18:51 UTC | Signed by Jessica Gosse (jessicagosse10@gmail.com) IP: 99.192.11.21 |
| ⊘ COMPLETED | **05 / 31 / 2024** 21:18:51 UTC | The document has been completed. |

# Exhibit B

# LENTO LAW FIRM

A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE
HELPING CLIENTS NATIONWIDE
Corporate Office:
1500 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19102
- 888-535-3686
- Joseph@StudentDisciplineDefense.com
- StudentDisciplineDefense.com
Attorney Lento - Licensed in Pennsylvania, New Jersey, and New York
Lento Law Attorney Team Members, Associates, and Affiliates Licensed in Various States (not all)
Pro Hac Vice Admission Will Be Sought as Applicable

Jessica Gosse
5 Dans Loop
Torbay, NL, Canada
A1K oL4
(Your name and address above)


### RE:     CONSULTATION


Dear _Jessica Gosse_____ (Your name),

      Pursuant to our prior communications, Lento Law has agreed to provide a consultation regarding the present case / concerns.

Although Lento Law does not wish to be overly formal in our relations with clients, we have found it helpful to confirm with clients, in writing, the nature and terms of our engagement for purposes of a consultation. Accordingly, this letter sets forth the terms and scope of our engagement, our practices and policies, and other important terms of our present engagement. Our engagement for purposes of the consultation commenced when you elected to proceed for purposes of the consultation as previously detailed and payment information was provided regardless of whether this letter is signed and returned.

The consultation fee is $350.00. For your records, the consultation fee has been paid in full as authorized by our prior communications and your payment of the fee. As previously detailed to you in advance of you electing to proceed and making payment, the $350 consultation fee is fee earned, earned upon receipt, and non-refundable. As such, no refund will be provided under any circumstances.

The purpose of the consultation is to initially review and assess the matter and help in making informed decisions moving forward. Per professional protocol and office policy, the consultation does not cover representation for the case itself. Specific to a client's circumstances and bearing in mind the nature of a consultation, and as determined by Lento Law, we will provide the best overview possible regarding where the matter stands and prospective steps forward. There is no guarantee regarding your satisfaction with the consultation, but we will perform our reasonable best as determined by the Firm to review and discuss your matter for purposes of the consultation.

Scheduling of the consultation will take place by email from the Firm to you. As previously noted, the consultation itself will take place by phone, but we will need you to check your email and timely respond to any scheduling emails that are sent to you. Please note that when a date and time is scheduled for the consultation it is time that is reserved for you. We can only hold a reserved time slot for a reasonable period of time as determined by the Firm, and as such, your timely response to scheduling emails is required.

Per office policy, the standard considerations apply as applicable and as determined by the Firm: "Firm" and/or its equivalent in this document refers to the Lento Law Firm and the Lento Law Group as your matter may be a collaborative effort at the Firm's discretion; the consultation fee allows the Lento Law Firm's representation for a given matter per the terms of the engagement, and by being engaged for a given matter, the Lento Law Firm is forgoing other available opportunities – accordingly in part, the consultation fee is earned upon receipt, is non-refundable and will not be reduced if the matter is disposed of in an alternative manner; the consultation fee will be deposited in the business operating account of the Lento Law Firm (or an applicable alternative as designated by the Lento Law Firm) and not the IOLTA account; a consultation will generally be limited to one hour maximum, and which will include prospective document review and related matters attended to the Firm in advance of the consultation call itself; one consultation will take place, and if further help is needed and/or sought beyond the stage of a consultation, the Firm may discuss prospective steps forward in that regard which would be for purposes of prospective representation; the length of the consultation may be shortened or extended at the discretion of the Firm; due to the nature of a consultation and the limited scope of the engagement, our input will be provided during the consultation call which will be scheduled in due course and not in advance or subsequent to consultation call; unless an exception is made at the Firm's discretion, being engaged for the limited purpose of a consultation does not allow the Firm's involvement with a school, agency, court, and/or other applicable parties and/or does not allow the Firm reviewing, drafting, editing, and/or endorsing written documentation intended for submission by a client (for example, an intended email, an intended appeal, and so forth); the purpose of the consultation is not to prepare you to handle an issue on your own as that is not our role; you are not to email parties with our email address to be copied (for example, do not email an organization, school, court, agency, and so forth, to address a matter with our email address copied) as this is not appropriate per a consultation engagement; the Firm requires you to be reasonable in terms of the amount of documentation and information that is provided for purposes of the consultation, and the Firm will determine what can be reasonably reviewed and assessed for purposes of the consultation; if extensive document review and/or other investigation into the matter outside the standard parameters is deemed necessary at the discretion of the Firm, additional fees may be required to proceed further (said fees will not be incurred without such a potential consideration being brought to the attention of the client); as applicable, our work is as a client's advisor and is not the practice of law unless admitted pro hac vice; as Firm team members are not licensed in all jurisdictions, pro hac vice admission and/or association with local counsel may be necessary depending on the nature of the case for purposes of representation; as applicable, an attorney to represent a client will seek pro hac vice licensure as necessary for purposes of representation; the Firm will determine appropriate steps forward, the terms of the consultation, when the consultation will be scheduled and will take place, and the conclusion of the consultation; the consultation call may be recorded for Firm internal purposes and you agree to the call being recorded; scheduled consultation dates and times are subject to change at

the discretion of the Firm, should the need to do so arise; if the Firm cannot keep a previously scheduled consultation appointment, you agree to be reasonable in accommodating the need for an alternative date and/or time to be provided at the Firm's determination; the Firm understands that unexpected emergencies can arise, but as the Firm's time is in high demand, and is scheduling designated time for a client when the consultation is scheduled, if a client fails to keep the scheduled consultation time without providing 24 hours' advance notice, the Firm can deem the $350 consultation fee as forfeited; the Firm requires your cooperation as determined by the Firm; the Firm requires you to follow the Firm's instructions until this matter is concluded.

Until the consultation is completed, the client and other concerned parties are expected to not discuss matters relating to this matter with anyone without obtaining my consent in advance.

The Firm's involvement and/or work may need to be terminated at any time if any term of this agreement is breached by the client and/or other concerned parties, if the client and/or other concerned parties fail to cooperate or follow the Firm's instructions and/or advice, if a conflict of interest develops or is discovered, or if there exists at any time any fact or circumstance that would, in the Firm's professional opinion, render the Firm's continuing services unlawful, unethical, or otherwise inappropriate.

Thank you.

Sincerely,

/s/ Lento Law

_____

Lento Law

Dated: Today's date (being the date email was sent to you)

I have read and agree to and consent to this letter, including all terms provided, that $350 consultation fee is earned upon receipt and non-refundable for any reason, and I grant and give my informed consent regarding this matter.

_____
Your Name

( Jessica Gosse )

_____
Date  5/21/24

# Exhibit C

 Gmail

**Joseph Lento <joseph@studentdisciplinedefense.com>**

## (SOME) CASES NEEDING RE-ASSIGNING + attached additional LIST
1 message

**Joseph Lento** <joseph@studentdisciplinedefense.com>                    Thu, Feb 20, 2025 at 6:45 PM
To: John Groff <jgroff@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>, Yolanda Trujillo
<ytrujillo@lentolawgroup.com>, Sal Raie <sraie@lentolawgroup.com>

John - best I can do at the moment -- trying to help...

I am trying to work off of different lists to try to make it as organized as possible but this is hard : /

ALSO -- see attached Word list that I have been trying to organize since Jan but need to send b/c it sitting here on my end with me just adding to it is not moving anything forward

The purple at the bottom is from prior lists

I have to go through other emails to try to compile all others (that's an undertaking) -- so use this for now until I can get you a separate organized list of other cases needing reassigning, etc.

*The following is at the bottom but may be most time sensitive arguably:*

[redacted]

**Immediately below are existing clients (with attys who are no longer with us / that kind of situation as opposed to the OLD NEW and NEW NEW cases above)**
--- clients have either followed up to inquire or to quasi demand attention or there is some other reason why these are listed below needing assigning

[redacted]

- **03310-Gosse**-employment issues-NL Kyle last assigned

**Newly added below as clients are either reaching out to request an update or are concerningly reaching out**

[redacted]



**NEWLY ADDED to the REASSIGN LIST as of FEB 6**

**NEWLY ADDED to the REASSIGN LIST as of FEB 12**

**NEWLY ADDED to the REASSIGN LIST as of FEB 18**

**From a different list and adding here:**



--
*Sincerely,*
*Joseph D. Lento, Esquire*
*Attorney and Counselor at Law*
*and the Lento Law Team*

# LENTO
# LAW FIRM

**A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE**
<u>**HELPING CLIENTS NATIONWIDE**</u>

- **Office: 888-535-3686**
- **Email: Joseph@StudentDisciplineDefense.com**
- **Fax: 855-535-3686**
- **StudentDisciplineDefense.com**

ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL: The information contained in this email, including all attachments, is the confidential information of, and/or is the property of, the Lento Law Firm. The information is intended for use solely by the individual or entity named in the email. If you are not the intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply email and then delete this email from your system.

 **ROUGH list to get this sent now - 02-20-25.docx**
33K

# Exhibit D

 Gmail

Joseph Lento <joseph@studentdisciplinedefense.com>

## CASES NEEDING ASSIGNING --- Some NEW and Some OLD --- 2 TIME SENSITIVE
2 messages

**Joseph Lento** <joseph@studentdisciplinedefense.com>          Sun, Jan 26, 2025 at 5:47 PM
To: David Haislip <dhaislip@lentolawgroup.com>
Cc: John Groff <jgroff@lentolawgroup.com>, Joseph Lento <joseph@studentdisciplinedefense.com>

Dave - trying not to burden John so need your help here / responsiveness

I do not know who has bandwidth but see suggestions below

This list is as complete as it can be at the moment but assuredly not 100 % complete

**New Cases week of January 6**

**New Cases week of January 13**

## OLD NEW and NEW NEW Cases

**New Cases week of December 30**

SDD

**New Cases week of January 6**

SDD

**New Cases week of January 13**



**New Cases week of January 20** *continued*



## Immediately below are existing clients (with attys who are no longer with us / that kind of situation as opposed to the OLD NEW and NEW NEW cases above):



**03310-Gosse**-employment issues-NL Kyle last assigned

--
*Sincerely,*
*Joseph D. Lento, Esquire*
*Attorney and Counselor at Law*
*and the Lento Law Team*



**LENTO LAW FIRM**

**A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE**

HELPING CLIENTS NATIONWIDE

- **Office: 888-535-3686**
- **Email: Joseph@StudentDisciplineDefense.com**
- **Fax: 855-535-3686**
- **StudentDisciplineDefense.com**

**ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL:** The information contained in this email, including all attachments, is the confidential information of, and/or is the property of, the Lento Law Firm. The information is intended for use solely by the individual or entity named in the email. If you are not the intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply email and then delete this email from your system.

---

**David Haislip** <dhaislip@lentolawgroup.com>                    Mon, Jan 27, 2025 at 6:06 PM
To: Joseph Lento <joseph@studentdisciplinedefense.com>
Cc: John Groff <jgroff@lentolawgroup.com>

Joe,

Spoke to John today, sent him a new cases that need assignment spreadsheet...he will reviewed get back to me.

Dave
[Quoted text hidden]

# Exhibit E



Joseph Lento <joseph@studentdisciplinedefense.com>

# CASES NEEDING ASSIGNING --- STARTING POINT
1 message

**Joseph Lento** <joseph@studentdisciplinedefense.com>        Wed, Feb 12, 2025 at 4:26 PM
To: John Groff <jgroff@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>, Sal Raie
<sraie@lentolawgroup.com>, Yolanda Trujillo <ytrujillo@lentolawgroup.com>, Joseph Lento
<joseph@studentdisciplinedefense.com>

John -- use the following list for now

It's the one remaining case from week of Jan 27 (Cialini) and all new cases week of Feb 10 (this week -- some
assigned and some not)

The purple at the bottom is from prior lists

I have to go through other emails to try to compile all others (that's an undertaking) -- so use this for now until I can get
you a separate organized list of other cases needing reassigning, etc.

**New Cases week of January 27**

<u>SDD</u>



**New Cases --- Week of February 10**

<u>**Immediately below are existing clients (with attys who are no longer with us /**</u>

### that kind of situation as opposed to the OLD NEW and NEW NEW cases above)

--- clients have either followed up to inquire or to quasi demand attention or there is some other reason why these are listed below needing assigning



- **03310-Gosse**-employment issues-NL Kyle last assigned

### Newly added below as clients are either reaching out to request an update or are concerningly reaching out



### NEWLY ADDED to the REASSIGN LIST as of FEB 6



### NEWLY ADDED to the REASSIGN LIST as of FEB 12



--
*Sincerely,*
*Joseph D. Lento, Esquire*
*Attorney and Counselor at Law*
*and the Lento Law Team*

**LENTO LAW FIRM**

**A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE**

HELPING CLIENTS NATIONWIDE

- **Office: 888-535-3686**
- **Email: Joseph@StudentDisciplineDefense.com**
- **Fax: 855-535-3686**
- **StudentDisciplineDefense.com**

**ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL:** The information contained in this email, including all attachments, is the confidential information of, and/or is the property of, the Lento Law Firm. The information is intended for use solely by the individual or entity named in the email. If you are not the intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply email and then delete this email from your system.

Exhibit F



                                  Joseph Lento <joseph@studentdisciplinedefense.com>

## DAVE --- OLD NEW and NEW NEW CASES --- NEEDING ASSIGNING --- 4 ASAP / NOW

8 messages

**Joseph Lento** <joseph@studentdisciplinedefense.com>            Fri, Jan 17, 2025 at 6:55 PM
To: David Haislip <dhaislip@lentolawgroup.com>
Cc: John Groff <jgroff@lentolawgroup.com>, Joseph Lento <joseph@studentdisciplinedefense.com>, Angie Adames <aadames@lentolawgroup.com>

     Dave -- per John -- the yellow highlight need ASAP assigning

     I do not know who has bandwidth but see suggestions below

     This list is as complete as it can be at the moment but assuredly not 100 % complete

     <u>**Immediately below are existing clients (with attys who are no longer with us / that kind of situation as opposed to the OLD NEW and NEW NEW cases further below)**</u>



     ### 03310-Gosse-employment issues-NL

     <u>**OLD NEW and NEW NEW Cases**</u>

     **New Cases week of December 30**

     <u>SDD</u>

       ▪

**New Cases week of January 6**

<u>SDD</u>

- ███████████████████████████
- ██████████████████████████████████

**New Cases week of January 13**

<u>PLD</u>

- █████████████████████████████████████████████████
  ████ **<span style="color:red">sure)</span> <span style="color:blue">LARRY?</span>**

<u>SDD</u>

- ████████████████████████████████████████████ as

<u>SDD</u>

- ████████████████████████████████

<u>SDD</u>

- █████████████████████████████████
- ███████████████████████████████████████
  ██████████

<u>SDD</u>

████████████████████████████████████████████████

--
*Sincerely,*
*Joseph D. Lento, Esquire*
*Attorney and Counselor at Law*
*and the Lento Law Team*

## LENTO LAW FIRM

**A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE**
<u>HELPING CLIENTS NATIONWIDE</u>

- **Office: 888-535-3686**
- **Email: Joseph@StudentDisciplineDefense.com**
- **Fax: 855-535-3686**
- **StudentDisciplineDefense.com**

**ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL:** The information contained in this email, including all attachments, is the confidential information of, and/or is the property of, the Lento Law Firm. The information is intended for use solely by the individual or entity named in the email. If you are not the intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply email and then delete this email from your system.

 **OLD NEW and NEW NEW CASE LIST - Jan 17 at 652 PM.docx**
19K

**Joseph Lento** <joseph@studentdisciplinedefense.com>          Sat, Jan 18, 2025 at 8:49 AM
To: David Haislip <dhaislip@lentolawgroup.com>
Cc: John Groff <jgroff@lentolawgroup.com>, Angie Adames <aadames@lentolawgroup.com>

John I believe already communicated to Tom about Sposito so I cut and pasted the 3 of the 4 remaining which are more time sensitive

**New Cases week of January 13**

**PLD**

[Quoted text hidden]

**Joseph Lento** <joseph@studentdisciplinedefense.com>          Sat, Jan 18, 2025 at 12:29 PM



**Joseph Lento** <joseph@studentdisciplinedefense.com>     Sat, Jan 18, 2025 at 12:40 PM
To: David Haislip <dhaislip@lentolawgroup.com>
Cc: John Groff <jgroff@lentolawgroup.com>, Angie Adames <aadames@lentolawgroup.com>

Can Mark Franklin assist with ███████████ ? Not sure if I will get any response here
[Quoted text hidden]

---

**David Haislip** <dhaislip@lentolawgroup.com>     Sat, Jan 18, 2025 at 5:04 PM
To: Joseph Lento <joseph@studentdisciplinedefense.com>
Cc: Angie Adames <aadames@lentolawgroup.com>, John Groff <jgroff@lentolawgroup.com>

Joe,

For the 4 highlighted emergent matters...

1. Tom has 04481 under control.

2. Andy is going to tackle ███████ …nothing in CLIO so he has questions…Will look at intake for documents and recording
3. Andy is also getting on ████████

4. Larry is looking at ██████████ will be getting back to me.

I"ll have the others assigned by tomorrow.

Dave
[Quoted text hidden]

---

**Joseph Lento** <joseph@studentdisciplinedefense.com>     Sat, Jan 18, 2025 at 5:09 PM
To: David Haislip <dhaislip@lentolawgroup.com>
Cc: Angie Adames <aadames@lentolawgroup.com>, John Groff <jgroff@lentolawgroup.com>

████████████████████████████████████████████
despite me expressing the time sensitivity last night at 7 PM

*Sincerely,*
*Joseph D. Lento, Esquire*
*Attorney and Counselor at Law*
*and the Lento Law Team*

# LENTO
## LAW FIRM

**A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE**

**HELPING CLIENTS NATIONWIDE**

- **Office: 888-535-3686**
- **Email: Joseph@StudentDisciplineDefense.com**
- **Fax: 855-535-3686**
- **StudentDisciplineDefense.com**

**ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL:** The information contained in this email, including all attachments, is the confidential information of, and/or is the property of, the Lento Law Firm. The information is intended for use solely by the individual or entity named in the email. If you are not the intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply email and then delete this email from your system.

[Quoted text hidden]

---

**Joseph Lento** <joseph@studentdisciplinedefense.com>                    Sat, Jan 18, 2025 at 5:26 PM
To: David Haislip <dhaislip@lentolawgroup.com>
Cc: Angie Adames <aadames@lentolawgroup.com>, John Groff <jgroff@lentolawgroup.com>

And John asked Tom to step in last night on

[Quoted text hidden]

# Exhibit G

 **Gmail**

**Joseph Lento <joseph@studentdisciplinedefense.com>**

## FW: 03310-Gosse: employment issues --- RE: New lawyer and case follow up
7 messages

**Joseph Lento** <jdlento@lentolawgroup.com>                    Mon, Jan 20, 2025 at 10:04 AM
To: Joseph Lento <joseph@studentdisciplinedefense.com>



Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder/Managing Attorney

jdlento@lentolawgroup.com

**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Monday, January 20, 2025 9:53 AM
**To:** Joseph Lento <jdlento@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Good morning,

Thank you for getting back to me and explaining.

Kyle emailed me on Dec 11 that my documents were sent to your Georgia lawyer to have filed by Dec 12. I can forward the email with the final copy of the pdf Kyle sent if that helps.  Dec 12  2024 was the 2 year mark of my dismissal date. It was my understanding the documents had to be filed within 2 years of my dismissal... so I am understandably a little confused and concerned about where we stand with my case. Hope that makes sense.

Thanks for your time and explanation again. Appreciate it.  Hope for an update soon.

Let me know if you'd like me to forward Kyle's email.

Thanks

Jessica Gosse

Jessica Gosse, MD, BSN

709-689-4468

jessicagosse10@gmail.com

On Fri, Jan 17, 2025 at 11:18 Joseph Lento <jdlento@lentolawgroup.com> wrote:

> Dear Jessica,
>
> Hello.  We will be reviewing your email and concerns.
>
> We are following up briefly and in part.

Attorney Kyle Adams recently and unexpectedly came to no longer be with our team.   We have no reasonable control over such an occurrence regrettably.


As to the balance that may be owed, Mr. Haislip, copied here, may be able to assist you with that matter.


I am not clear who referenced a December 12, 2024, filing date, but that may or may have been accurately conveyed.  We will look into the matter on our end.


As to steps forward, a team member will be stepping in to press forward on your behalf per the engagement.


We will be following up as soon as administratively possible.


Thank you.


Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder/Managing Attorney

jdlento@lentolawgroup.com


**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law


Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC


CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of

the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

---

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Wednesday, January 15, 2025 11:32 AM
**To:** Erica Sargent <esargent@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>; Kyle Adams <kaadams@lentolawgroup.com>; Joseph Lento <jdlento@lentolawgroup.com>
**Subject:** Fwd: New lawyer and case follow up

Good morning,

Hope this email finds you well.

Hoping someone can help me out or point me in the right direction with some questions I have.

I have not heard from anyone at the law firm in over a month. I was told I would have a new lawyer as my current lawyer (Kyle) would be transitioning to part time. I have no idea who my new lawyer is.

I was told my case would be filed with the courts in Georgia on 12/11/24. I have received no confirmation. I have no idea who to reach out to or where to go from here. Kyle previously explained that after the documents were filed with the courts , they would have 7 days to respond... again, I haven't heard anything and don't know who to reach out to at this point for confirmation.

So currently, I have no lawyer to contact, no idea where I stand with my case, no idea if it was filed on time, and have multiple questions regarding residency applications and visas. Was told back in June 2024 that I would get help with all of this.

I have also been asking about my invoice since last year. I was reviewing our records and thought the entire invoice $15000 was paid. It looked like there might be 200 left to pay? I am not sure, I cant find a link to pay, Maybe it is all paid as I thought, and thats why I cant find the link? If there is a remaining balance I would be happy to pay, just again, have no idea who to contact or how to pay.

I reached out to accounting on a couple of occasions over the last 2 weeks. I just haven't heard from anyone.

Can someone please let me know who to contact going forward, or who my new lawyer is. An update would be greatly appreciated. I am not trying to be a bother, sorry for the email, just hoping someone will reach out to me with some information at some point soon. My parents are also requesting updates and have sacrificed a lot for me, I would like to be able to let them know where we stand.

Thank you for your time and understanding. Hope to hear from someone soon.

Jessica Gosse, MD, BSN

709-689-4468

jessicagosse10@gmail.com

---------- Forwarded message ---------
From: **jessicagosse10** <jessicagosse10@gmail.com>
Date: Tue, Jan 7, 2025 at 11:09
Subject: New lawyer and case follow up
To: Kyle Adams <kaadams@lentolawgroup.com>, Student Discipline Defense <SDD@lentolawgroup.com>

Hello Kyle,

I hope your enjoyed your holidays. I know when we last spoke you said I'd be in touch with a new lawyer going forward and that my documentation was filed with the courts. Just wondering if there is an update on who my new lawyer is, or where we are with the case. It was my understanding after the documentation was filed in court, Augusta university would have 7 days to respond. You said the documents were filed Dec 11 so I'm just wondering where we stand in the process. I know it was the holidays so I understand things are slower than usual!

Please let me know who to contact going forward. Again, I'm trying to figure out residency programs and applications while coordinating with Lento law and my case. I have some questions regarding timelines and would appreciate an update! This is time sensitive in terms of applications and my future. Applying to residency with a dismissal on my record was something I was hoping to avoid.

Thank you for your time and understanding,

Jessica Gosse, MD, BSN

709-689-4468

jessicagosse10@gmail.com

---

**Joseph Lento** <jdlento@lentolawgroup.com>     Tue, Feb 4, 2025 at 1:03 PM
To: Joseph Lento <joseph@studentdisciplinedefense.com>

Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com


**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law


Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC


CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.


**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Tuesday, February 4, 2025 12:02 PM
**To:** Joseph Lento <jdlento@lentolawgroup.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Angie Adames <aadames@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>; Erica Sargent <esargent@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up


Hello again,


I appreciate you following up with me on January 17th. I have not heard from anyone since that time. Prior to that correspondence, I had not heard from anyone since Dec 11 2024 when Kyle told me my documents were being filed with courts.  I am becoming concerned with the lack of legal assistance, communication and information I have regarding my case. I have still not received any further information about the filing of my court documents, or the status of my case in general. I do not have a lawyer to reach out to. I understand Kyle is no longer with the firm and I

will be placed with a new lawyer.

As I previously mentioned, Kyle told me court documents would be filed in Georgia on Dec 11, 2024. We finalized the document together. Dec 12 2024 was 2 years from my dismissal and it was my understanding documents had to be filed before that time. Kyle told me they were filed. I did not hear from anyone again, despite sending emails, until Jan 17 when you said you were following up in brief. I understand you are busy and appreciate you following up with me. I have not received confirmation if the documents were filed with the courts. At this point, I feel very let down. I spent all last year saving every penny I had to pay for legal fees with this firm. The plan was to work on overturning my dismissal versus turning it into a withdrawal and apply to residency again. I was told I would have legal assistance when I was re-applying to residency again. It was my understanding, and hope, to at least have my dismissal turned into a withdrawal when applying to residency this time around. I have been left to apply with no legal guidance during this time. The rank list opened yesterday, so I had to start applying to programs. I could not wait for a follow up email from this firm regarding my case any longer.

I had asked multiple times about visa status and ECFMG sponsorship previously. Kyle said there would be no problem, but it is my understanding that with a dismissal on my record, ECFMG would not sponsor me again. I would have liked to discuss this further before applying again, but, again, I have been kind of left to figure things out on my own. So, I have no idea if I am even eligible for residency in the United States at this point, but I have gone ahead and applied anyway because I could wait any longer for legal help or follow up.

In addition, I have reached out to Mr Haislip via email a few times, as was previously suggested, to follow up on my invoice, at no avail. I have been asking and trying to ensure my invoice was paid in full since November of last year. Nobody has been able to confirm if it is completely paid, or if there is an additional 200 dollars owing. If there is money owing, I have been asking and trying to get a link to pay since last year.

I am at a complete loss here in terms of who to contact or where we stand with my case. I would love to discuss my case with someone please.

I would appreciate you getting back to me at your earliest convenience. Thank you for your time.

Regards

Jessica Gosse

[Quoted text hidden]

--

[Quoted text hidden]

---

**Joseph Lento** <jdlento@lentolawgroup.com>                    Tue, Feb 4, 2025 at 2:37 PM
To: John Groff <jgroff@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>, Sal Raie <sraie@lentolawgroup.com>, Yolanda Trujillo <ytrujillo@lentolawgroup.com>, Intake Manager <intake@lentolawgroup.com>
Cc: Joseph Lento <joseph@studentdisciplinedefense.com>

Does anyone know where we are with this?

Kyle Adams sent the following in December 2024 to which Melissa Renza was responding etc

[Quoted text hidden]

 **Gmail - FW_ Gosse 03310.pdf**
455K

---

**John Groff** <jgroff@lentolawgroup.com>                    Tue, Feb 4, 2025 at 3:00 PM
To: Joseph Lento <jdlento@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>, Sal Raie
<sraie@lentolawgroup.com>, Yolanda Trujillo <ytrujillo@lentolawgroup.com>, Intake Manager
<intake@lentolawgroup.com>
Cc: Joseph Lento <joseph@studentdisciplinedefense.com>

Yes k am handling it it was filed

Get Outlook for iOS

---

**From:** Joseph Lento <jdlento@lentolawgroup.com>
**Sent:** Tuesday, February 4, 2025 2:37:13 PM
**To:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Sal Raie
<sraie@lentolawgroup.com>; Yolanda Trujillo <ytrujillo@lentolawgroup.com>; Intake Manager
<intake@lentolawgroup.com>
**Cc:** Joseph Lento <joseph@studentdisciplinedefense.com>
**Subject:** FW: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

[Quoted text hidden]

---

**Joseph Lento** <jdlento@lentolawgroup.com>                    Tue, Feb 4, 2025 at 3:05 PM
To: John Groff <jgroff@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>, Sal Raie
<sraie@lentolawgroup.com>, Yolanda Trujillo <ytrujillo@lentolawgroup.com>, Intake Manager
<intake@lentolawgroup.com>
Cc: Joseph Lento <joseph@studentdisciplinedefense.com>

Roger – I can just email the client and basically say "your matter it is being handled and we will be
following" ??

[Quoted text hidden]

---

**Joseph Lento** <jdlento@lentolawgroup.com>                    Sun, Apr 13, 2025 at 10:12 AM
To: Joseph Lento <joseph@studentdisciplinedefense.com>



Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com

**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Wednesday, April 9, 2025 12:12 PM
**To:** Joseph Lento <jdlento@lentolawgroup.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Yolanda Trujillo <ytrujillo@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Hello,

My old workplace (Augusta University) is aware that I am taking legal action against them. I have no idea what is happening with my case. I have not received any updates about my case since December 2024. My medical career is slowly slipping away. I did not get one single interview for residency in the USA this year. I am not sure at this point if what we asked for in the lawsuit would still be applicable based on the current timeline projections.

Can someone please provide me with the name of the lawyer assigned to my case? I would like to follow up with them.

Thank you

Jessica Gosse


Jessica Gosse, MD, BSN

709-689-4468

jessicagosse10@gmail.com



On Thu, Feb 20, 2025 at 13:56 Joseph Lento <jdlento@lentolawgroup.com> wrote:

Dear Dr. Gosse,

Hello.  We most certainly appreciate the concerns in the potential ability to pursue opportunities while an issue is seeking to be resolved.


Litigation is a process, and often a long process.  Litigation can take, for example, two to four years in many instances.


Our team, copied here, may be able to be able to provide a recent update as to your case with us.


Please reply all.


Thank you.



Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com


**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

---

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Thursday, February 20, 2025 11:35 AM
**To:** Joseph Lento <jdlento@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Hello again,

Just hoping for an update on my case.

I understand you are reassigning Kyle's cases in a time sensitive matter and litigation takes time. As previously mentioned, I do have some time sensitive questions and issues that I am literally running out of time to get answers for at this point.

It is my understanding that my documents have been filed with the courts in Georgia? SInce dec 12 2024 ? I guess this is true as my former program director and coordinator are no longer conversing with me via email. Can you please confirm? I am trying to ask for letters of recommendation to be uploaded to Carms for residency application in Canada, but again, my old program director and coordinator are not responding to my emails anymore.

If my documents have been filed with the courts and Augusta University is aware, I would really appreciate discussing next steps with someone. The plan was to ask to complete my residency, if not have the dismissal turned into a withdrawal. I was told after my case was with the courts, we would make an offer and they would have 7 days to respond. Can someone please confirm this? The 7 days?

In addition, it is now Feb 20. I have gotten zero invites to interview for new residency programs. I still have no idea if I am able to match into a residency program in the United States due to the previously mentioned visa concerns with ECFMG. If my case were turned into a withdrawal as we had planned, then getting a visa will be no problem. Match day is less than a month away. I have no idea if programs are not looking at me because of my dismissal status? Or because of my visa status? I have no idea.

TIme is running short, I have no idea where I stand with my case or my career going forward. If Augusta University does not agree to let me complete my residency, then turning my case from a dismissal to a withdrawal is very important.  SOAP is less than a month away. If I continue to do nothing legally, I will still have a dismissal with no advances made at that time. I will unlikely match if programs do not think I can work in the USA. This is less than a month away. I really need legal assistance.

IPlease can I follow up with someone. I really need some help and answers to questions.

On Tue, Feb 4, 2025 at 6:34 PM Joseph Lento <jdlento@lentolawgroup.com> wrote:

> Dear Dr. Gosse,

> Hello.  We can appreciate waiting to hear as to next steps.

> It is my understanding that your case was filed.  We will advise as to next steps.

> As noted from the start, potential litigation is a process, but again, we appreciate your questions, and we will be following up as soon as possible.

> As noted, upon attorney Kyle Adams no longer being with our team, our team has been taking steps to address all necessary client cases accordingly.

> Mr. Adams' cases are being reassigned on a time sensitive basis, and a team member will be following up to next steps.

> We do not have a time frame at this moment, but we will be following up as to next steps as soon as possible.

> Mr. Haislip can likely inform you of any questions related to an invoice.

> As to your other questions, which we appreciate, our team member will be able to address accordingly.

> [Quoted text hidden]

[Quoted text hidden]

---

**Joseph Lento** <jdlento@lentolawgroup.com>                Tue, May 20, 2025 at 10:30 AM
To: John Groff <jgroff@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>
Cc: Joseph Lento <joseph@studentdisciplinedefense.com>

Client OFF



Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com


**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law


Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** Joseph Lento
**Sent:** Tuesday, May 20, 2025 10:29 AM
**To:** 'jessicagosse10' <jessicagosse10@gmail.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Courtney Hinke <chinke@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>
**Subject:** RE: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Dear Dr. Gosse,

Hello.  We are following up briefly and in part.

We will coordinate a date and time with you to discuss any questions or concerns you may have.

Thank you for your understanding.



Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com

**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Tuesday, May 20, 2025 10:13 AM
**To:** Joseph Lento <jdlento@lentolawgroup.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Courtney Hinke <chinke@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Mr Lento,

I am sure you are well aware by now that my case was filed in federal court on 12/2024, but my old workplace was never actually served. I was not aware. You did not inform me. I learned all this from a meeting with a federal judge last week. I am very upset and confused. I was summoned to a meeting with the judge last week, along with Melissa Renza. Melissa is apparently my lawyer, but again, as you are aware, she is a personal injury lawyer and does not even have my case file. She is not able to represent me. It is my understanding that you have no lawyer working with your firm in Georgia with the federal bar to serve my old workplace? Is that the issue you've been trying to avoid discussing with me for all these months?

The judge explained to me that the court has been trying to reach Lento Law Group for months and there has been general confusion and lack of communication regarding my case. I cannot believe my case has been left like this, stagnant in court for months. This is my life! I waited to apply to residency again as the timeline I was given previously did not include this 5 month wait of me waiting for a new lawyer. The case was to be filed in December, my understand my workplace would have 12 days to respond and then we planned to either try to have my dismissal turned into a withdrawal so applying to residency would be a little better, or try to get my old job back. I saved my money to pay this firm and could not afford to apply to residency at the same time. I paid you 15 000 usd to take this case. I was told it was a great case last May 2024 when this all got started. In August 2024 I was still waiting and almost begging to speak to a lawyer regarding my case as my dealing was Dec 2024. FInally you assigned Kyle to my case, and even then, it was me pushing and rushing to ensure this case was filed by December 12, 2024.Kyle was great, he helped me and provided advice. He told me he would be going part time after my case was filed and a new lawyer would be reaching out. I thought ok, I mean Kyle was helpful and we would be suing for 2.7 million dollars. I can wait a little bit. However, I have been emailing you over the last 5 months, asking for updates, wondering where my case stands, asking about progress. You have told me a new lawyer will be assigned on a time sensitive basis. How is my case not time sensitive if they are threatening to throw it out of court because Lento law has not yet provided a lawyer to serve my old workplace? I have asked why I was told it would take 12 days once my old workplace was informed of me filing a lawsuit to respond. It has been months. It is all clear now. They were never actually served! Instead of answering that question, you have generated vague emails over the last 5 months that have been of no help. You have left me uninformed, in the dark, when you very well knew my case was sitting in federal court. You made me feel like I was in the wrong, sending these emails asking for updates - I actually thought this was a normal relationship between a lawyer and client - I am now aware it is not.

The fact I learned all this from a federal judge and a personal injury lawyer who volunteered to help file my case on time is very disturbing. You have kept information from me, covered things up, and the lack of communication in general has been very unprofessional.

When can I speak to someone regarding my case? I would like to speak to someone over the phone. The judge has informed me I may have to fly to Georgia when he summons me again. Apparently we are in recess? I have no idea what any of this means.  I am scared, have no idea what is happening, confused and feel very let down by Lento Law Group. The only other person that was helpful was Erica Saergent and her email no longer works so I guess she also no longer works there...

Where are you in the process of finding a lawyer to assign my case to that is with the federal bar in Georgia? Please answer honestly and in detail.

Let me know your availability for a phone call as well.

Respectfully,

Jessica Gosse

On Wed, May 7, 2025 at 8:10 PM Joseph Lento <jdlento@lentolawgroup.com> wrote:

> Dear Dr. Gosse,
>
> As noted, we were providing a brief and in part update by email.
>
> We are doing the same at this time in response to your last email.
>
> Melissa is attorney Melissa Renza who worked for us for a period of time.
>
> We are concerned with all client matters, including yours of course.
>
> We will be pressing forward.
>
> As noted, we will be following up.
>
> Thank you.

Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com

**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Wednesday, May 7, 2025 5:23 PM
**To:** Joseph Lento <jdlento@lentolawgroup.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Courtney Hinke <chinke@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Who is Melissa and why is this the first time I'm hearing of her name? Why have you not mentioned her before? Why is everyone that was on my case no longer working with this law firm? I am very concerned about my future and you do not seem to be.

These responses "As far as you understand?I "May have been confirmed?" ... are not ok. I cannot continue to read these generic unsure , incompetent responses. I've been waiting for a new lawyer since December and now there is a Melissa and she is also not with your firm?

I payed you 15000 usd and you cannot provide a straight answer or provide me with legal advise. Again, very

concerning.

Can I speak to someone who does understand? Or someone who can confirm 100%? These maybe and generic responses are getting very old. It's all I've heard for months. You told me before I was being assigned on a time sensitive basis. Why is my case less important and on the back burner? Please do elaborate.

As far as I'm concerned you've left me hanging for months! I got an email yesterday asking if I had filled a form out from Courtney. That's the most anyone has asked me about my case since December.

I have a residency interview tomorrow that will be a failure because my program is aware of my lawsuit. How can they be aware of my lawsuit when you have such vague unsure answers? They sure know more than I do. It's embarrassing.

I need to speak to someone who is sure and understands my case. Have you even tried to place a new lawyer on my case? What is the hold up? Please provide further details and a name of a lawyer.

Jessica Gosse, MD, BSN

709-689-4468

jessicagosse10@gmail.com

On Wed, May 7, 2025 at 18:37 Joseph Lento <jdlento@lentolawgroup.com> wrote:

> Dear Jessica,
>
> Hello.  We received your email.  We appreciate your questions and concerns.  We will be following up to provide a full update as soon as possible and to discuss next steps.
>
> Certain matters may have to be confirmed, but in the meantime, a brief and in part update follows:
>
> Your case was filed as previously touched upon.  Mr. Kyle Adams has not been with our team for a period of time.  Ms. Melissa Renza, formerly of our team, had assisted with filing and preliminary steps as far as I understand.  There was an issue with effectuating service as far as I understand. We are taking steps to address the matter and to do what is needed to press your case forward.
>
> We will be following up with you as soon as possible.
>
> Thank you.

Joseph D. Lento, Esq.
Attorney
Lento Law Group
Founder

jdlento@lentolawgroup.com

**NEW JERSEY OFFICE**

3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054

Phone: 856.652.2000

Fax: 856.375.1010

Toll Free: 1-833.Lento.Law

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Honolulu, HI • Los Angeles, CA

Miami, FL • Mobile, AL • New York, NY • Orlando, FL • Puerto Plata, DR

Richmond, VA • San Juan, PR • Santiago, DR • Salt Lake City, UT • San Francisco • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** jessicagosse10 <jessicagosse10@gmail.com>
**Sent:** Wednesday, May 7, 2025 4:30 PM
**To:** Joseph Lento <jdlento@lentolawgroup.com>; Erica Sargent <esargent@lentolawgroup.com>; Courtney Hinke <chinke@lentolawgroup.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; David Haislip <dhaislip@lentolawgroup.com>; Yolanda Trujillo <ytrujillo@lentolawgroup.com>; Student Discipline Defense <sdd@lentolawgroup.com>
**Subject:** Re: 03310-Gosse: employment issues --- RE: New lawyer and case follow up

Hello again

I am looking for updates on my case. It has been 5 months!! From what I understand, that is not normal or decent communication between a client and a lawyer. I have no idea what is happening. I do know that the fact my old residency program is aware of me suing them, that they are not providing letters of recommendation any longer. I was supposed to have a residency interview tomorrow but my old program director is aware of this case and is not saying kind things about me. This was not supposed to happen. I was told this lawsuit would be moving along by now, that my dismissal would be turned into a withdrawal. Kyle mentioned millions of dollars. We even planned to try and get my residency position back. How is my case not time sensitive? I don't

understand how you can say that to me.

What is happening with my case?

Who is my lawyer?

I really need to speak to someone. My medical career is slowly slipping away before my eyes.


Jessica Gosse

[Quoted text hidden]

[Quoted text hidden]

# Exhibit H

 Gmail

Joseph Lento <joseph@studentdisciplinedefense.com>

## OLD NEW and NEW NEW CASES and CASES NEEDING REASSIGNING
1 message

**Joseph Lento** <joseph@studentdisciplinedefense.com>        Sat, Feb 1, 2025 at 4:31 PM
To: John Groff <jgroff@lentolawgroup.com>, David Haislip <dhaislip@lentolawgroup.com>, Joseph Lento <joseph@studentdisciplinedefense.com>

Sending this now

I have been trying to organize this as best as I can and I was hoping to cross reference to make sure no other cases were missed but sending this now b/c some cases def need assigning as soon as possible

Some of these cases (old new in particular) have been sitting for more than a month not assigned

Yellow highlight is a priority

## OLD NEW and NEW NEW Cases

**New Cases week of December 30**

SDD

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**New Cases week of January 6**

SDD

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬

**New Cases week of January 13**

SDD

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**New Cases week of January 20** *continued*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

OTHER

- ████████████████████████████████████████████████

**New Cases --- Week of January 27**  *(these are the NEWEST cases obv b/c from last week but just here if helpful -- and Fong has Feb 5 deadline)*

PLD



OTHER



## Immediately below are existing clients (with attys who are no longer with us / that kind of situation as opposed to the OLD NEW and NEW NEW cases above)
--- clients have either followed up to inquire or to quasi demand attention or there is some other reason why these are listed below needing assigning





**03310-Gosse**-employment issues-NL Kyle last assigned

## Newly added below as clients are either reaching out to request an update or are concerningly reaching out



--
*Sincerely,*
*Joseph D. Lento, Esquire*
*Attorney and Counselor at Law*
*and the Lento Law Team*

**LENTO LAW FIRM**

**A NATIONAL LAW FIRM WITH OFFICES NATIONWIDE**
<u>HELPING CLIENTS NATIONWIDE</u>

- **Office: 888-535-3686**
- **Email: Joseph@StudentDisciplineDefense.com**
- **Fax: 855-535-3686**
- **StudentDisciplineDefense.com**

**ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL:** The information contained in this email, including all attachments, is the confidential information of, and/or is the property of, the Lento Law Firm. The information is intended for use solely by the individual or entity named in the email. If you are not the intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited. Please notify the sender immediately by reply email and then delete this email from your system.