# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.: 4:24cv278** | **DATE:** September 9, 2025 |
| **Jessica Gosse** | **TIME:** 9:00-9:02/12:30-1:50/1:56-2:37 |
| **v.** | **LOCATION:** Savannah |
| **Wellstar MCG Health, et al** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate | **Courtroom Deputy:** Molly Davenport |
| Judge **Court Reporter:** FTR-SAV-CR2 | **Law Clerk:** Kate Smith |
| | **Security:** CSO Brian |

**Attorney(s) for Plaintiff:**

**Attorney(s) for Defendant:**

**PROCEEDINGS:** STATUS CONFERENCE

**COMMENTS/RULINGS:**

Kyle Adams was present for the morning and afternoon sessions.

The Court was advised that Joseph Lento reported to the U.S. District Court in Augusta and was instructed to report for his hearing in Savannah. Court will reopen upon his arrival.

Joseph Lento appeared at 12:30.

Both attorneys were sworn.

A hearing was held regarding the Show Cause Order filed at doc. 15 on 7/11/2025.

The Court will issue a written ruling regarding the Show Cause hearing.