UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA GOSSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CV424-278 |
| WELLSTAR MCG HEALTH, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The Court previously directed attorney Kyle Adams to show cause why his conduct in this case was not a violation of this Court's Local Rule 83.5(c). Doc. 15. He timely responded in writing, doc. 20, and appeared for a hearing on September 8, 2025, doc. 26. Based on Mr. Adams' written submission and his testimony during the hearing, the Court is satisfied that he did not violate its Local Rule, and that his behavior in no way justifies the initiation of contempt proceedings. Therefore, as to attorney Kyle Adams, this matter is resolved.

**SO ORDERED,** this 10th day of September, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA