## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA GOSSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. 4:24-cv- |
| v. | ) | 00278-RSB-CLR |
| | ) | |
| WELLSTAR MCG HEALTH, et al.; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jessica Gosse hereby gives notice that this action is voluntary dismissed without prejudice. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismiss of this action without prejudice.

Respectfully submitted this 26th day of January, 2026.

**HARRIS LOWRY MANTON LLP**

*/s/ Cole F. Donahue*
Cole F. Donahue
Georgia Bar No. 632966
cdonahue@hlmlawfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

Respectfully submitted this 26th day of January, 2026.

**HARRIS LOWRY MANTON LLP**

*/s/ Cole F. Donahue*
Cole F. Donahue
Georgia Bar No. 632966
cdonahue@hlmlawfirm.com